JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES CARR,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CATHY MURILLO, ERIC FRIEDMAN, OSCAR GUTIERREZ, MICHAEL JORDAN, KRISTEN SNEDDON, ALEJANDRA GUTIERRES, ARIEL PIERRE CALLONE, DENNY WEI, ALAN MALIK, JANET MALIK, BRETT QUEENER, WALTER TROWER, DIANNE TROWER, AND TEN UNKNOWN NAMED DEFENDANTS, 1-10,<br><br>　　　　　Defendants. | Case No. 2:22-cv-06677-MCS-PVC<br><br>**JUDGMENT** |

1      Pursuant to this Court's Order Granting Defendant's Motion to Dismiss, it is
2 hereby ordered, adjudged, and decreed that judgment is entered on all claims in favor
3 of Defendants Ariel Pierre Callone, Eric Friedman, Alejandra Gutierrez, Oscar
4 Gutierrez, Michael Jordan, Cathy Murillo, Kristen Sneddon, and Denny Wei. Plaintiff
5 shall take nothing from his action against Defendants. The action is dismissed with
6 prejudice.

8 **IT IS SO ORDERED.**

10 Dated: January 4, 2023

                                                    MARK C. SCARSI
                                                  UNITED STATES DISTRICT JUDGE